UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KELLY CRAMASTA,

    Plaintiff,

v.                                            CASE NO.: 8:12-cv-1461-T-23TGW

WALGREEN INCOME PROTECTION
PLAN FOR PHARMACISTS AND
REGISTERED NURSES, et al.,

    Defendants.
_____/

## **ORDER**

The plaintiff's unopposed motion (Doc. 17) to amend the complaint is **GRANTED**. The plaintiff shall amend the complaint on or before **SEPTEMBER 28, 2012**. The August 24, 2012, motion to dismiss (Doc. 12) is **DENIED AS MOOT**.

ORDERED in Tampa, Florida, on September 25, 2012.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE