UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KELLY CRAMASTA,

    Plaintiff,

v.                                                      CASE NO.: 8:12-cv-1461-T-23TGW

WALGREEN INCOME PROTECTION
PLAN FOR PHARMACISTS AND
REGISTERED NURSES, et al.,

    Defendants.
_____/

**ORDER**

An August 14, 2013, order (Doc. 46) refers the cross-motions for summary judgment (Docs. 41 and 42) to Magistrate Judge Thomas G. Wilson for a report and recommendation. After a hearing on the motion, a thorough and well-reasoned report (Doc. 54) recommends granting in part the plaintiff's motion, remanding the matter to the defendants for proper consideration of the plaintiff's fibromyalgia diagnosis, denying the defendants' motion, and administratively closing the case. The plaintiff objects (Doc. 55) to the report and recommendation, and the defendants respond (Doc. 58) to the plaintiff's objections. A *de novo* review of the portions of the report and recommendation to which the plaintiff objects reveals that the objections are unfounded or unpersuasive.

Accordingly, the plaintiff's objections (Doc. 55) are **OVERRULED**. The report and recommendation (Doc. 54) is **ADOPTED**. The plaintiff's motion for summary judgment (Doc. 41) is **GRANTED IN PART**. The matter is remanded to

the defendants for consideration in accord with the report and recommendation. The defendants' motion (Doc. 42) is **DENIED**. The clerk is directed (1) to enter judgment in favor of the defendants and against the plaintiff, (2) to terminate any pending motion, and (3) to close the case.

ORDERED in Tampa, Florida, on February 5, 2014.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE