UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KELLY CRAMASTA,

    Plaintiff,

v.                                                    CASE NO.: 8:12-cv-1461-T-23TGW

WALGREEN INCOME PROTECTION
PLAN FOR PHARMACISTS AND
REGISTERED NURSES, et al.,

    Defendants.
_____/

**ORDER**

An August 14, 2013, order (Doc. 46) refers cross-motions for summary judgment (Docs. 41 and 42) to Magistrate Judge Thomas G. Wilson for a report and recommendation. A February 6, 2014, order adopts the report and recommendation and grants in part the plaintiff's motion for summary judgment. The plaintiff moves (Doc. 63) for attorney's fees and costs. A February 20, 2014, order (Doc. 64) refers the motion for a report and recommendation. After a hearing on the motion, Magistrate Judge Wilson – in a thorough and well-reasoned report (Doc. 77) – recommends denying the motion for fees and costs. The plaintiff objects (Doc. 78) to the report and recommendation, and the defendants respond (Doc. 79) to the plaintiff's objections. The defendant's response and a *de novo* review of the portions of the report and recommendation to which the plaintiff objects reveal that the plaintiff's objections are unfounded or unpersuasive. Accordingly, the plaintiff's objections (Doc. 78) are **OVERRULED**. The report and recommendation (Doc. 77)

is **ADOPTED**.  The plaintiff's motion for costs and fees (Doc. 63) is **DENIED**

**WITHOUT PREJUDICE**.

ORDERED in Tampa, Florida, on May 22, 2014.

> STEVEN D. MERRYDAY
> UNITED STATES DISTRICT JUDGE